RUTH HARRIS, Respondent, v. MITCHELL HARRIS, Also Known as CHARLES MITCHELL HARRIS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion for summary judgment, on the ground that there are issues of fact to be tried.

THERESA V. HAGEMAN, Respondent, v. ADOLPH A. HAGEMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

CHESTER W. BRYAN, Respondent, v. ATLAS ABRASIVES CORPORATION, Appellant.— Determination unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan. JJ.

ALLEN B. McDANIEL and Others, Appellants, v. MIRZA AHMAD SOHRAB and JULIE CHANLER, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

BERNARD KATZEN, as Receiver of Rents in the Action Entitled " The Greenwich Savings Bank v. Eight-Twenty Park Avenue Corporation, et al.," Appellant, v. EIGHT-TWENTY PARK AVENUE CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [176 Misc. 625.]

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, on Behalf of the State Insurance Fund, Respondent, v. GARFORD LABORATORIES, INC., and Another, Appellants.— Determination affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Townley and Glennon, JJ., dissent. [172 Misc. 567.]

DOROTHY WINSEMAN and WILLIAM L. WINSEMAN, Respondents, Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent, and STEPHEN SEISSE and WILLIAM KENNEDY, Appellants.— Judgment appealed from, so far as it adjudged that plaintiffs have judgment in favor of plaintiffs against the defendants Seisse and Kennedy, unanimously reversed and a new trial ordered, with costs to the said appellants to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Dorothy Winseman to the sum of $10,000, and in favor of the plaintiff William Winseman to the sum of $1,181.60; in which event the judgment as so modified is affirmed, without costs. Judgment, so far as appealed from by plaintiffs dismissing the complaint against defendant Union Railway Company of New York City, unanimously affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN CHASE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

NATIONAL EXCAVATION CORPORATION, Respondent, v. JOHN J. MATTIELLO, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.